# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A.NO.

**04 11712 NMG**

PATRICIA KAPHAEM, ]
        **Plaintiff** ]
vs. ]    **COMPLAINT**
  ]
JOHN R. WALTERS, ]
and SONNY PETERSON ]
TRUCKING, INC. ]
        **Defendants** ]

MAGISTRATE JUDGE JLA

RECEIPT # _5/1/22_
AMOUNT $ _150.00_
SUMMONS ISSUED _2_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _M.P._
DATE _8/4/04_

## PARTIES

1. The Plaintiff, Patricia Kaphaem is a natural person and citizen of the Commonwealth of Massachusetts who resides at 63 Kingham Street, Lakeville, Plymouth County, MA.

2. The Defendant, John R. Walters, is a natural person and citizen of the State of Minnesota who resides at 1014 Lindbergh Drive South, Little Falls, Minnesota.

3. The Defendant, Sonny Peterson Trucking, Inc. is a Minnesota Corporation with a usual place of business at P.O. Box 276, Swanville, Minnesota.

## JURISDICTION

1. Jurisdiction is based on 28 U.S. §1332 as there is a diversity of citizenship of the parties. The amount in controversy exceeds, exclusive of interest and costs, fifty thousand dollars ($50,000.00.

## COUNT I

1. Patricia Kaphaem is an individual who resides at 63 Kingman Street, Lakeville, Plymouth County, MA.

2. John R. Walters an individual who, at all times material to this Complaint, resided at 1014 Lindbergh Drive South, Little Falls, Minnesota.

3. On or about August 7, 2001 Patricia Kaphaem was operating a vehicle owned by one William F. Kaphaem, Jr., on School Street and Route 140 northbound, Mansfield, Massachusetts.

4. At the same time and place, John R. Walters operated a motor vehicle owned by Sonny Peterson Trucking, Inc. in a negligent manner causing it to collide with the motor vehicle then and there operated by Patricia Kaphaem.

5. As a result of said negligent operation of a motor vehicle by said John R. Walters, Patricia Kaphaem was seriously injured, incurred great medical expense, and was disabled and otherwise injured.

**WHEREFORE**, Plaintiff, Patricia Kaphaem, demands judgment against the Defendant, John R. Walters, in an amount deemed appropriate by this court plus costs, interest, and attorney's fees.

## COUNT II

1. The Plaintiff, Patricia Kaphaem, repeats and realleges paragraphs one through five of COUNT I and makes them part of COUNT II as is fully set forth herein.

2. The Defendant, Sonny Peterson Trucking, Inc., at all times material to this complaint, was a Minnesota Corporation with a usual place of business at P.O. Box 276, Swanville, Minnesota.

3. Sonny Peterson Trucking, Inc., at all times material to this Complaint, was the registered owner of the motor vehicle operated by the Co-Defendant, John R. Walters.

4.  On or about August 7, 2001, in Mansfield, Massachusetts, the Defendant, Sonny Peterson Trucking, Inc., was the owner of a vehicle negligently operated by John R. Walters, and an entity for whose conduct Sonny Peterson Trucking, Inc. was responsible for. Said negligent operation resulted in a motor vehicle collision injuring your Plaintiff, Patricia Kaphaem.

5.  M.G.L. c.231 Sec. 85A states:

"In all actions to recovery damages for injuries to the person or to property or for the death of a person, arising out of an accident or collision in which a motor vehicle was involved, evidence that at   the time of such accident or collision it was registered in the name of the Defendant as owner shall be prima facie evidence that it was then being operated by and under tne control of a person for whose conduct the Defendant was legally responsible, and absence of such responsibility shall   be affirmative defense to be set up in the answer and proved by the Defendant."

**WHEREFORE,** the Plaintiff, Patricia Kaphaem, demands judgment against the Defendant, Sonny Peterson Trucking, Inc., in an amount deemed appropriate to the Court together with costs, interest, and attorneys fees.

Patricia Kaphaem,
By her attorney

Gerard J. Dupont
228 County Street
Attleboro, MA 02703
BBO# 138900
(508) 222-7997

Dated: July 26, 2004

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) 4 of 5

## I. (a) PLAINTIFFS

PATRICIA KAPHAEM

**DEFENDANTS**

JOHN R. WALTERS AND SONNY PETERSON TRUCKING, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   PLYMOUTH
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

04 11 IMG

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

LAW OFFICE OF GERARD J. DUPONT
GERARD J DUPONT
228 COUNTY STREET
ATTLEBORO, MA 02703

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF, AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | ☐ 370 Other Fraud | Safety/Health | | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 371 Truth in Lending | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of — |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | ☐ 871 IRS — Third Party | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | State Statutes |
| | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

JURISDICTION IS BASED ON 28 U.S. SECTION 1332

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $250,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE

JULY 22, 2004

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) PATRICIA KAPHAEM v. JOHN R; WALTERS

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

**04** 11712 NMG

[ ]  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

[ ]  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   Also complete AO 120 or AO 121 for patent, trademark or copyright cases

[X]  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

[ ]  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

[ ]  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

NONE

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ]    NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ]    NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [ ]    NO [XX]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [ ]    Central Division [ ]    Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [XX]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    GERARD J. DUPONT

ADDRESS    228 COUNTY STREET; ATTLEBORO; MA 02703

TELEPHONE NO.    (508) 222-7997