UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA KAPHAEM, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>JOHN R. WALTERS and )<br>SONNY PETERSON TRUCKING, INC., )<br>)<br>*Defendants.* )<br>) | CIVIL ACTION<br>NO. 04-11712-NMG |

**DEFENDANTS' CERTIFICATION PURSUANT**
**TO LOCAL RULE 16.1(D)(3)**

The Defendants, John R. Walters and Sonny Peterson Trucking, Inc., and their counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendants and their counsel have conferred:

(a)  with a view to establishing a budget for the cost of conducting a full-course – and various alternative courses – of the litigation; and

(b)  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outline din Local Rule 16.4.

JOHN R. WALTERS AND
SONNY PETERSON TRUCKING, INC.

January 17, 2005

By: ___*/s/ Tracy Hull*___
Tracy Hull, AIC
Claim Adjuster
Republic Western Insurance Company,
Insurer of John R. Walters and
Sonny Peterson Trucking, Inc.

2

| | |
|---|---|
| January 28, 2005 | _/s/ Wesley S. Chused_ |
| | Wesley S. Chused, BBO #083520 |
| | Attorney for Defendants |
| | LOONEY & GROSSMAN LLP |
| | 101 Arch Street |
| | Boston, MA  02110 |
| | (617) 951-2800 |