UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-11712-NMG

| | |
|---|---|
| PATRICIA KAPHAEM,<br>    Plaintiff | ]<br>]<br>] |
| vs. | ]<br>] |
| JOHN R. WALTERS and<br>SONNY PETERSON TRUCKING, INC.,<br>    Defendants | ]<br>]<br>] |

### PLAINTIFF, PATRICIA KAPHAEM'S LOCAL RULE 16.1(D)(3) AND 16.4 CERTIFICATION

I, Gerard J. Dupont, on behalf of Patricia Kaphaem, hereby state that I have conferred with the Plaintiff, Patricia Kaphaem, with a view of establishing a budget for the course of conducting this litigation and have considered the alternative resolution dispute programs outlined in Local Rule 16.4.

                                          Plaintiff, Patricia Kaphaem,
                                          By her attorney,

                                          Gerard J. Dupont
                                          LAW OFFICE OF GERARD J. DUPONT
                                          228 County Street
                                          Attleboro, MA 02703
                                          508-222-7997

Dated: March 24, 3005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within document was served upon Wesley S. Chused, Esquire, Looney and Grossman LLP, 101 Arch Street, Boston, MA 02110-1112 by mailing a copy of same, postage prepaid, on March 24, 2005.

_____
Gerard J. Dupont