AO 85 (Rev. 7/91) Consent to Proceed

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

__PATRICIA KAPHAEM__
Plaintiff

V.

__Sonny Peterson et al__
Defendant

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

Case Number:

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
| --- | --- |
| [signature] | 3-31-05 |
| [signature] | 3/31/05 |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

## ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable __Joyce Alexander__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

3/31/05
Date

[signature] N.M. Gorton
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.