UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.  04-11712-NMG

| | |
|---|---|
| PATRICIA KAPHAEM, ] | |
| Plaintiff ] | |
| vs. ] | PLAINTIFF'S MOTION TO AMEND COMPLAINT |
| ] | |
| JOHN R. WALTERS, ] | |
| and SONNY PETERSON, ] | |
| TRUCKING, INC. ] | |
| Defendants ] | |

Now comes the Plaintiff and moves this Honorable Court to allow her to amend the Complaint to substitute **JURISDICTION** 1. lines two (2) and three (3) to read as follows:: The amount in controversy exceeds, exclusive of interest and costs, seventy-five thousand dollars ($75,000.00), the statutory amount required.

Respectfully submitted, Plaintiff,
By her attorney,

/s/ Gerard J. Dupont
Gerard J. Dupont
LAW OFFICE OF GERARD J. DUPONT
228 County Street
Attleboro, MA 02703
(508) 222-7997
BBO# 138900

Dated: April 1, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon Wesley S. Chused, Esquire, Looney and Grossman LLP, 101 Arch Street, Boston, MA 02110-1112 by mailing a copy of same, postage prepaid, on April 1, 2005.

/s/ Gerard J. Dupont
Gerard J. Dupont