UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-11712-NMG

PATRICIA KAPHAEM, ]
    Plaintiff ]
]
vs. ]
]
JOHN R. WALTERS and ]
SONNY PETERSON TRUCKING, INC., ]
    Defendants ]

### PLAINTIFF, PATRICIA KAPHAEM'S LOCAL RULE 16.1(D)(3) AND 16.4 CERTIFICATION

I, Gerard J. Dupont, on behalf of Patricia Kaphaem, hereby state that I have conferred with the Plaintiff, Patricia Kaphaem, with a view of establishing a budget for the course of conducting this litigation and have considered the alternative resolution dispute programs outlined in Local Rule 16.4.

Plaintiff, Patricia Kaphaem,
By her attorney,

_____
Gerard J. Dupont
LAW OFFICE OF GERARD J. DUPONT
228 County Street
Attleboro, MA 02703
508-222-7997
BBO #138900

Dated: April 1, 2005

_____
Patricia Kaphaem

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon Wesley S. Chused, Esquire, Looney and Grossman LLP, 101 Arch Street, Boston, MA 02110-1112 by mailing a copy of same, postage prepaid, on April 1, 2005.

_____
Gerard J. Dupont