UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA KAPHAEM,           )<br>                             )<br>       *Plaintiff,*          )<br>                             )<br>v.                           )<br>                             )<br>JOHN R. WALTERS and          )<br>SONNY PETERSON TRUCKING, INC., )<br>                             )<br>       *Defendants.*         )<br>                             ) | CIVIL ACTION<br>NO. 04-11712-NMG |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims in this action be dismissed with prejudice and without costs.

|  | Respectfully submitted. |
|---|---|
| PATRICIA KAPHAEM | JOHN R. WALTERS and<br>SONNY PETERSON TRUCKING, INC. |
| By her attorney, | By their attorney, |
| */s/ Gerard J. Dupont*<br>Gerard J. Dupont (BBO #138900)<br>Law Office of Gerard J. Dupont<br>228 County Street<br>Attleboro, MA 02703<br>508) 222-7997 | */s/ Wesley S. Chused*<br>Wesley S. Chused (BBO #083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street, 9th Floor<br>Boston, MA 02110<br>(617) 951-2800 |
| July 1, 2005 | July 5, 2005 |

L:\13001\001\Pld\005.doc